# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| TONIA B. THOMPSON, <br> Plaintiff, | Case No. 1:21-CV-00507 |
| v. | |
| KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> Defendant. | Judge Susan J. Dlott <br><br> Magistrate Judge Stephanie K. Bowman |

## ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). (Doc. #8). Based upon the stipulation of the parties and for good cause shown, **IT IS ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. #15) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation. As agreed by the parties, upon remand, the ALJ will re-evaluate the medical opinion evidence pursuant to 20 CFR 404.1520c, reassess the claimant's residual functional capacity, including whether and to what extent Plaintiff requires leg elevation, and continue through the sequential evaluation process; and

4. The case is terminated on the docket of this Court.

IT IS SO ORDERED.

Date: March 10, 2022   Entered: _Susan J. Dlott_